RECEIVED

JAN 1 2 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

AO 241
(Rev. 10/07)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: New Jersey | |
|---|---|---|
| Name (under which you were convicted):  RONALD B. GREENE | | Docket or Case No.: |
| Place of Confinement :  EAST JERSEY STATE PRISON | Prisoner No.:  877598-734262E | |
| Petitioner (include the name under which you were convicted)  RONALD B. GREENE   v. | Respondent (authorized person having custody of petitioner)  ROBERT CHETIRKIN, et. al | |
| The Attorney General of the State of  New Jersey - Andrew J. Bruck, Esq. | | |

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

Superior Court of New Jersey
Bergen County Justice Center
10 Main Street.
Hackensack, New Jersey 07601-7699
(b) Criminal docket or case number (if you know): 12-02-02-0302

2.  (a) Date of the judgment of conviction (if you know): April 21, 2014

(b) Date of sentencing: March 28, 2014

3.  Length of sentence: 35-years with a 21-year and 3-months before parole.

4.  In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
First-degree Robbery; conspiracy to commit Robbery;
possession of a weapon for an unlawful purpose;
possession of a weapon without the requisite permit;
distribution of heroin; conspiracy to distribute heroin;
possession with intent to distribute an imitation drug;
hindering apprehension; and
possession of a weapon by a previously convicted person.

6.  (a) What was your plea? (Check one)

| ☒ | (1) | Not guilty | ☐ | (3) | Nolo contendere (no contest) |
| ☐ | (2) | Guilty | ☐ | (4) | Insanity plea |

AO 241
(Rev. 06/13)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

`N/A`

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Superior Court of New Jersey - Appellate Division

(b) Docket or case number (if you know): A-4674-13T1

(c) Result: Conviction affirmed, sentence reversed and remanded

(d) Date of result (if you know): November 9, 2016

(e) Citation to the case (if you know): Unpublished opinion

(f) Grounds raised:

See the attached page

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court: Supreme Court of New Jersey

(2) Docket or case number (if you know): 078607

(3) Result: Certification denied

(4) Date of result (if you know): January 30, 2017

9. If you did appeal, answer the following:

(f) Grounds raised: (Continued)

B. PROSECUTOR INTERFERED WITH THE GRAND JURY'S DECISION MAKING PROCESS BY FAILING TO PRESENT CLEARLY EXCULPATORY EVIDENCE WHICH NEGATES DEFENDANT'S GUILT.

POINT II

THE STATE FAILED TO PRESENT EVIDENCE FROM WHICH THE JURY COULD DRAW INFERENCE TO CONCLUDE BEYOND A REASONABLE DOUBT THAT DEFENDANT CONSPIRED TO COMMIT ROBBERY AND POSSESSED CDS [WITH] INTENT TO DISTRIBUTE

POINT III

DEFENDANT'S CONVICTION FOR FIRST DEGREE ROBBERY MUST BE REVERSED BECAUSE THE TRIAL FAILED TO INSTRUCT THE JURY ON AN ESSENTIAL ELEMENT OF THE OFFENSE.

POINT IV

THE STATE FAILED TO PRESENT SUFFICIENT EVIDENCE FROM WHICH THE JURY COULD CONCLUDE FIRST DEGREE BEYOND A REASONABLE DOUBT.

POINT V

THERE WAS INSUFFICIENT EVIDENCE OF THE EXISTENCE FOR HEROIN OR ITS ANALOG PRESENTED TO HAVE THE JURY SUSTAIN A CONVICTION UNDER ANY PROVISION OF N.J.S.A. 2C:35-5.

AO 241
(Rev. 06/13)

(5) Citation to the case (if you know): 229 N.J. 13 (2017)

(6) Grounds raised: Same as 9(f) above

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: Bergen County Justice Center

(2) Docket or case number (if you know): 12-02-0302

(3) Date of filing (if you know): December 4, 2017

(4) Nature of the proceeding: Post-Conviction Relief (PCR)

(5) Grounds raised: See the attached two (2) pages

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: Petition denied

(8) Date of result (if you know): January 10, 2019

11. If your answer to question 10 was "Yes," give the following information:

(a)(5)  Grounds raised:

GROUND ONE

Petitioner has met the Procedural and Substantive Requirements for Post-Conviction Relief.

GROUND TWO

Trial Counsel rendered Ineffective Assistance of Counsel by [not] objecting to the admission into evidence the weapons found when the State offered them into evidence.

GROUND THREE

Defense Counsel Failed to properly present the issue of the failure of the State to establish that Defendant was part of a conspiracy for distribution and manufacture of drugs or to commit armed robbery.

GROUND FOUR

Trial Counsel rendered Ineffective Assistance of counsel during the trial by failing to object to portions of the jury charge based on lack of evidence produced by the State.

GROUND FIVE

Defense Counsel rendered ineffective assistance by failing to make proper objections during the trial.

GROUND SIX

Appellate Counsel rendered Ineffective Assistance of Counsel by failing to raise vital issues which had been presented in the trial court.

11. If your answer to question 10 was "Yes," give the following information:

(a)(5)  Grounds raised: (Continued)

GROUND SEVEN

Both Counsel failed to render Effective Assistance by failing to raise crucial issues on Defendant's behalf, so that Defendant was compelled to file pro se briefs.

AO 241
(Rev. 06/13)

(b) If you filed any second petition, application, or motion, give the same information: N/A

    (1) Name of court:  N/A

    (2) Docket or case number (if you know):  N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding:  N/A

    (5) Grounds raised:  N/A

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☐ No  N/A

    (7) Result: N/A

    (8) Date of result (if you know):  N/A

(c) If you filed any third petition, application, or motion, give the same information:  N/A

    (1) Name of court:  N/A

    (2) Docket or case number (if you know):  N/A

    (3) Date of filing (if you know):  N/A

    (4) Nature of the proceeding:  N/A

    (5) Grounds raised:  N/A

AO 241
(Rev. 06/13)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No     N/A

(7) Result: N/A

(8) Date of result (if you know): N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     ☒ Yes     ☐ No

(2) Second petition:     ☐ Yes     ☐ No

(3) Third petition:     ☐ Yes     ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

N/A

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**

See page 10 of the attached Memorandum of Law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See pages 10 through 16 of the attached Memorandum of Law

(b) If you did not exhaust your state remedies on Ground One, explain why:

N/A

AO 241
(Rev. 06/13)

(c)    **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    ☒ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:  N/A

    Name and location of the court where the motion or petition was filed:  N/A

    Docket or case number (if you know):  N/A

    Date of the court's decision:  N/A

    Result (attach a copy of the court's opinion or order, if available):  N/A

    (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

    (4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):  N/A

    Date of the court's decision:  N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 06/13)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:**

        See page 17 of the attached Memorandum of Law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    See pages 17 through 20 of the attached Memorandum of Law

(b) If you did not exhaust your state remedies on Ground Two, explain why:

               N/A

(c)    **Direct Appeal of Ground Two:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

        (2) If you did not raise this issue in your direct appeal, explain why:

               N/A

(d)    **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ☐ Yes    ☒ No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: N/A

        Name and location of the court where the motion or petition was filed:

               N/A

        Docket or case number (if you know):   N/A

        Date of the court's decision:   N/A

AO 241
(Rev. 06/13)

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion or petition?                      ☐ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?                 ☐ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed:  N/A

Docket or case number (if you know): N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Two

**GROUND THREE:**
            See page 21 of the attached Memorandum of Law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

      See pages 21 through 24 of the attached Memorandum of Law

AO 241
(Rev. 06/13)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

N/A

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒  Yes    ☐  No

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes    ☒  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  N/A

Name and location of the court where the motion or petition was filed:  N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(3) Did you receive a hearing on your motion or petition?    ☐  Yes    ☐  No

(4) Did you appeal from the denial of your motion or petition?    ☐  Yes    ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐  Yes    ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

See page 24 of the attached Memorandum of Law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See pages 24 through 30 of the attached Memorandum of Law

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N/A

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    N/A

AO 241
(Rev. 06/13)

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion or petition?              ❑ Yes    ❑ No

(4) Did you appeal from the denial of your motion or petition?        ❑ Yes    ❑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❑ Yes    ❑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  N/A

Docket or case number (if you know): N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 06/13)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?    ☒ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them:

                         N/A

    (b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

                         N/A

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐ Yes    ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

    of any court opinion or order, if available.

                         N/A

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐ Yes    ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised.

                         N/A

AO 241
(Rev. 06/13)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:


(b) At arraignment and plea:


(c) At trial:  Nathan Kitter
131 Main Street. - Suite 245
Hackensack, New Jersey 07601

(d) At sentencing:
Same as 16(c) above.

(e) On appeal: Susan Brody
31 Clinton Street.
Newark, New Jersey 07101

(f) In any post-conviction proceeding:
Nancy C. Ferro, Esq.
31 E. Ridgewood Avenue - Ridgewood, New Jersey

(g) On appeal from any ruling against you in a post-conviction proceeding:
Dianne Glenn, Esq.
212 S. Burnett Street.
East Orange, New Jersey 07018

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A


(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     ☐ Yes   ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 06/13)

In this case, Petitioner's Judgment of Conviction became final at the conclusion of direct appeal on January 30, 2017, when the New Jersey Supreme Court denied his petition for Certification.  The one-year time period was then tolled for an additional 90-days and/or until approximately April 30, 2017.

On December 4, 2017, Petitioner filed a pro se petition for Post-Conviction Relief (PCR) in the Superior Court of New Jersey, Law Division - Bergen County.

On January 10, 2019, the PCR Court denied Petitioner's petition for Post-Conviction Relief.  On February 20, 2019, Petitioner filed a pro se Notice of Appeal.

On April 21, 2021, the Superior Court of New Jersey, Appellate Division denied Petitioner's PCR appeal in a unpublished per curiam opinion.

On December 7, 2021, the Supreme Court of New Jersey denied Petitioner's petition for Certification.

Subtracting 218-days between April 30, 2017, and December 4, 2017.  Petitioner submits that he has proven that he is well within the one-year time limit to file this action.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 06/13)

Page 16

(2)    The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

An Evidentiary Hearing; Assignment of Counsel and to Grant
his petition for a Writ of Habeas Corpus.

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on    Jan 9, 2022    (date).

_Ronald B. Greene_

Signature of Petitioner

I declare (or certify, verify, or state) under penalty of perjury that I have been notified that I must include in this petition all the grounds for relief from the conviction or sentence that I challenge, and that I must state the facts that support each ground. I also understand that if I fail to set forth all the grounds in this petition, I may be barred from presenting additional grounds at a later date.

Executed (signed) on ___Jan 9, 2022___ (date)

Signature of Petitioner ___Ronald B. Green___

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.